AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
ESTERN DISTRICT OF VIRGINIA

FILED AUG 14 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

RAYMOND TIEDE
#A200397367

_____
Petitioner

v.

Jeffrey Crawford, Thomas Homan, Roman Vittiello, Mathew Albence, Fod Hott, Marlen Pineiro, Nathalies Asher, Kevin McAllen, William Barr

_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:19cv589
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Raymond Tiede
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Farmville ICE Detention Center
   (b) Address: 508 Water Works Rd. Farmville, VA 23901
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____


RECEIVED AUG -8 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☒ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: US Immigration and Customs Enforcement US Department of Homeland Security, 2675 Prosperity Ave, Fairfax, VA 20598

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Decision to continue detention after 90days Review (July 29) by the US Immigration and Customs Enforcement.

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes     ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Farmville ICE detention CENTER Grievance Procedure

(2) Date of filing: July/30/2019

(3) Docket number, case number, or opinion number: G-19-328

(4) Result: DENIED

(5) Date of result: 08/01/2019

(6) Issues raised: Constitutional violation and Enjoined Continued detention after Exhausted administrative remedies

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes      ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes      ☒ No

        If "Yes," provide:

        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes      ☒ No

        If "Yes," provide:

        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes   ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 04/28/2019
(b) Date of the removal or reinstatement order: 04/29/2019
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** 1 Petitioner was denied Release after 90 days review by the Respondents Violated the equal protection Right of the fourteenth Amendment to the United States Constitution and by the Due-process clause of the fifth Amendement.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Respondent violates INA § 241(2)(6), as interpreted in Zadvydas. Mr. Raymond Tiede's 90 days statutory Removal period for Continued Removal effort has passed. It is extremely unlikely that the Respondents will be able to Remove the petitioner in foreseeable future because the Embassy of France has not and will not provide travel documentation. Usually ICE is allowed to take six months to decide if alien deportation is "reasonably foreseeable". France will not take me.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** STATUTORY VIOLATION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's continued detention violates the 90 days statutory removal period. Continued detention is unreasonable and is not authorized.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

**GROUND THREE:** Substantive Due Process Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's continued detention violates his right to substantive due process by depriving him of his core liberty interest to be free from bodily restraint.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
  ☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Petitioner did not present grounds two and three in all appeals that were available because He is a Pro se petitioner That have no Knowledge of immigration Issues.

### Request for Relief

15. State exactly what you want the court to do: 1) Assume Jurisdiction over this matter, 2) Grant Petitioner a Writ of Habeas Corpus directing the respondent to immediately release the petitioner from custody 3) order Respondent to refrain from transferring the petitioner out of the jurisdiction of field office Director, Fob Hott, during the pendency of these Proceedings and while petitioner remains in Respondents custody, 4) Grant any other and further relief which this Court deems just and proper

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

08/05/2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 08/05/2019

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_



County/City of Prince Edward
Commonwealth/State of VA
The foregoing instrument was acknowledged before me this 5 day of Aug, 2019, by
Raymond Tiede
(name of person seeking acknowledgement)
Nathan Michael Cole, Notary Public No. 7819706
My Commission Expires May 31, 2023