*Enforcement and Removal Operations*
U.S. Department of Homeland Security
5280 Henneman Drive
Norfolk, VA 23513



**U.S. Immigration and Customs Enforcement**

**Tiede, Raymond**
FARMVILLE DETENTION
508 WATERWORKS RD
FARMVILLE, VA 23901

A Number: **A 200 397 367**

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE), and you are required to cooperate with ICE in effecting your removal from the United States. If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), ICE's Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about **07/29/2019**. The deciding official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history
3. Sentence(s) imposed and time actually served
4. History of escapes, failures to appear for judicial and other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated
7. Evidence of rehailitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document;
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

# ORDER OF REMOVAL
## (SECTIONS 217 AND 237)

SIGMA Event: 27259560
Event No: WAS1904000349

Name (*Last, First, Middle Initial*): TIEDE, RAYMOND          File Number: A-200-397-367

Street Address: 21 Lincoln Woods Way Unit# 1A          City: Perry Hall

State: MD          Country: UNITED STATES OF AMERICA

Having determined that:

1) You are neither a citizen nor a national of the United States.

2) You are a native of, FRANCE , and a citizen of FRANCE ;

3) You were admitted to the United States on, 08/28/2001 , at JOHN F KENNEDY INTERNATIO under section 17 of the Immigration and Naturalization Act, and authorized to remain until 11/26/2001 and after admission as a nonimmigrant under Section 217 of said Act, you are to be found to be deportable from the United States under Section 237 _____ of the Act, to wit:

You remained in the United States beyond your period of admission and were in the United States illegally for approximately 18 years.

You have waived your right to contest any action for removal, except to apply for asylum, having been admitted under section 217 of the Immigration and Naturalization Act.

By virtue of the authority vested in the Secretary of the Department of Homeland Security, and in me as his delegate, by the laws of the United States.

**I HEREBY ORDER** that you be removed from the United States of America.

Title: SECONDARY OFFICER          Name (*Last, First, Middle Initial*): STUNKLE, CHARLES

Signature: _____          Date: 04/29/2019          Place: (KIAD) WASHINGTON-DULLES, VA, USA

U.S. DEPARTMENT OF HOMELAND SECURITY
# NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

Event No: WAS1904000349  FINS: 1098171403  A-File No: 200397367
SIGMA Event: 27259560  Date: 04/29/2019

Alien's name: Raymond TIEDE

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

- [ ] For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.
- [x] For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.
- [ ] For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.
- [ ] At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.

**SPECIAL NOTICE TO SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

ROSE, Tedmax
SCBP OFFICER  CHANTILLY, VIRGINIA

(Signature of officer serving warning)  (Title of officer)  (Location of DHS Office)

## Verification of Removal
(Complete this section for file copy only)

| Departure Date | Port of Departure | Manner of Departure COMMERICAL AIR |
|---|---|---|
| Signature of Verifying Officer | | Title of Officer |

**Photograph of Alien**  **Right Index Finger**

(Signature of alien whose fingerprint and photograph appear above)  (Signature of official taking fingerprint)

DHS Form I-296 (1/12)  Page 1 of 1

# FORMAL GRIEVANCE FORM / FORMULARIO DE AGRAVIO FORMALES

IMMIGRATION CENTERS OF AMERICA                                              FARMVILLE

| | | |
|---|---|---|
| 1. Detainee Name / Nombre  RAYMOND TIEDE | 2. A-Number  200377367 | 3. Dorm & Bunk Number / Dormitorio y Numero de cama  3-12 |

**4. Informal Resolution Attempted with (Name of Person)/Resolución informal intentado con (Nombre de la Persona):**
DEPUTY FIELD OFFICER DIRECTOR, MATTHEW MUNROE

**5. Standard, policy, or statute violated, or reason for grievance/Estandares, pólizas o estatutos violados, o la razón de queja:**
Constitutional violation and Enjoined Continued Detention after exhausted administrative Remedies

**6. In what way were each of the above violated?/¿De qué manera se violan cada uno? Be specific. Sea específico.**
I have exhausted all administrative Remedies to the extent required by the law (90 days). I have made every attempt to aid ICE with all information I got. ICE hasn't be able to Remove me to my native country of FRANCE because of some personal Reasons (My past Job in France) The government will not issue me a Travel document and will not allow me to reside in the country Yet I am being detained Regardless.

**7. Date(s) of alleged violation(s)/Fecha de Presunta Violaciones**
07/30/2019

**8. Request remedy (what you want done)?/¿Remedio solicitud (lo que quiere hacer)?**
Granted immediate Release from custody

| 9. Signature / Firma  Raymond Tiede | 10. Date signed/ Fecha de la firma  7/30/2019 |
|---|---|

### GRIEVANCE COORDINATOR USE ONLY

| 11. Tracking Number  G-19-328 | 12. Date Received  8-1-19 | 13. Informal Resolution Attempted?  ☐ Yes  ☐ No |
|---|---|---|

**14. Results of Informal Resolution?**

| 15. Forwarded To/Received By & Title/Department | 16. Signature | 17. Date |
|---|---|---|

### STAFF USE ONLY

**18. Response and Rationale**

You need to speak with your DO about any concerns about your case. You may write your name on the DO list to speak with our DO when he comes to the facility. You may submit an ICE detainee request and place it on the ICE Box in the dorm. You may call your DO for free in the dorm by using the speed dial.

| 19. Printed Name & Title  Lfrietas | 20. Signature | 21. Date  8/1/19 |
|---|---|---|

### RECEIPT BY DETAINEE

| 22. Detainee Name / Nombre | 23. Signature / Firma | 24. Date / Fecha |
|---|---|---|

White Copy - Detention File/Medical Record    Pink Copy - Grievance Coordinator    Yellow Copy - Detainee

ICA FORM 23                                                                          OCT 11