UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAYMOND TIEDE, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 3:19cv589 |
| | ) |
| JEFFREY CRAWFORD, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

**RESPONDENTS' MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to the Court's September 4, 2019 Order (ECF No. 2), Respondents, by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56(c), move this Court for an Order dismissing Petitioner Raymond Tiede's Petition for Writ of Habeas Corpus (ECF No. 1) or, in the alternative, entering summary judgment in favor of Respondents. In support of this motion, Respondents refer the Court to their Response to Petition for Writ of Habeas Corpus and Memorandum in Support of Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

WHEREFORE, Respondents, by counsel and pursuant to Rules 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure, respectfully request that the Court issue an order dismissing Petitioner's Petition for Writ of Habeas Corpus, or, in the alternative, entering summary judgment in favor of Respondents, and for such other relief as the Court deems just and proper.

Dated: November 4, 2019  Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the Petitioner, who is a non-ECF user, by depositing a true copy of the same in the U.S. mail in a prepaid envelope addressed as follow:

    Raymond Tiede
    A200397367
    Farmville Detention Center
    508 Waterworks Road
    Farmville, VA 23901

/s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov