UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| RAYMOND TIEDE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:19cv589 |
| | ) | |
| JEFFREY CRAWFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF CORRECTED FILING

On November 25, 2019, Respondents' counsel filed the Declaration of Mark Graham as an Exhibit (ECF No. 8-1) to Respondents' Reply Memorandum (ECF No. 8) in Support of Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, Motion for Summary Judgment under Rule 56(c).

The Declaration of Mark Graham that Respondents' counsel filed on November 25, 2019 (ECF No. 8-1), contained the incorrect Division and first-listed respondent in the case caption. Attached here as Exhibit A is a corrected Declaration of Mark Graham, which corrects the case caption but is otherwise identical to the declaration filed on November 25, 2019.

Dated: November 26, 2019

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney

2

919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that on November 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the Petitioner, who is a non-ECF user, by depositing a true copy of the same in the U.S. mail in a prepaid envelope addressed as follow:

    Raymond Tiede
    A200397367
    Farmville Detention Center
    508 Waterworks Road
    Farmville, VA 23901

    /s/
    Jonathan T. Lucier
    VSB No. 81303
    Attorney for Respondents
    Office of the United States Attorney
    919 East Main Street, Suite 1900
    Richmond, Virginia 23219
    Telephone: (804) 819-5400
    Fax: (804) 771-2316
    Email: jonathan.lucier@usdoj.gov