UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAYMOND TIEDE, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> JEFFREY CRAWFORD, et al., ) <br> ) <br> Respondents. ) <br> ) | No. 3:19cv589 |

**DECLARATION OF MARK GRAHAM, SUPERVISORY DETENTION
AND DEPORTATION OFFICER**

Pursuant to 28 U.S.C. § 1746, I, Mark Graham, hereby declare and state as follows:

1.  I am employed as a Supervisory Detention and Deportation Officer (SDDO) with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) in the Washington, DC Field Office.

2.  As a Supervisory Detention and Deportation Officer, I am charged with the responsibility of overseeing the cases of detained aliens in removal proceedings. These duties include the review of alien files for sufficiency, the detention and release of aliens in ICE custody, monitoring the progress of cases through the criminal system, if necessary, and the immigration hearing process, review and completion of post-order custody reviews ("POCRs"), and enforcement of the immigration court's decision, including the execution of removal orders.

3.  The following declaration is based on a review of information contained in the alien file of Petitioner Raymond Tiede ("Petitioner"), A200 397 367, records and databases maintained by ICE, and other documents and physical evidence relevant to Petitioner; my own personal

knowledge and observations during the course of my official duties; and information conveyed to me by other law enforcement officials. I am therefore familiar with the facts and circumstances regarding Petitioner's immigration proceedings and custody status.

4. In my October 30, 2019 declaration, I stated that Post-Order Custody Reviews (POCRs) were conducted on June 28, 2019. To clarify, that was the date the POCR process was initiated by reviewing Deportation Officer Toya Smalls.

5. On or about July 26, 2019, I concurred in DO Smalls' POCR recommendation to continue detention as the reviewing supervisory officer.

6. On or about July 30, 2019, Assistant Field Office Director (AFOD) Patrick Divver also concurred in DO Smalls' POCR recommendation, at which point the 90-day POCR process was complete and the Petitioner notified of the results by acting Deputy Field Office Director ((a)DFOD) Camilla Wamsley.

7. As the Petitioner's Notice to Alien of File Custody Review notes, he was permitted to submit any documentation he wished DHS to review before a final decision was made on or about July 29, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: November 25, 2019

Mark Graham, Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security