IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND TIEDE,**

    Petitioner,

v.                                                                               Civil Action No. **3:19CV589**

**JEFFREY CRAWFORD,** *et al.***,**

    Respondents.

**MEMORANDUM ORDER**
**(Directing Respondent to Provide a Status Update)**

Petitioner, a federal detainee, submitted a petition under 28 U.S.C. § 2241 challenging his dentition pending his removal from the United States of America. Within fourteen (14) days of the date of entry hereof, Respondents are DIRECTED to provide an update on the status of Petitioner's removal proceedings.

The Clerk is directed to send a copy of this Memorandum Order to Petitioner.

It is so ORDERED.

                                                                             /s/
                                                     Roderick C. Young
                                                     United States Magistrate Judge

Date: July 23, 2020
Richmond, Virginia