UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAYMOND TIEDE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil No. 3:19cv589-REP-RCY |
| ) | |
| JEFFREY CRAWFORD, et al., ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF STATUS UPDATE**

In response to the Court's July 23, 2020 Order (ECF No. 12) directing Respondents to provide an update on the status of Petitioner's removal proceedings, Respondents state as follows.

Petitioner remains in U.S. Immigration and Customs Enforcement custody at ICA Farmville. *See* Declaration of Paul Trump ¶ 4, attached as **Exhibit A** ("Trump. Decl."). Since the filing of Respondents' Motion to Dismiss or in the Alternative for Summary Judgment on November 4, 2019 (ECF No. 4), ICE has continued and is continuing its efforts to remove Petitioner to France or Cote d'Ivoire. *See* Trump. Decl. ¶¶ 5-19.

Most recently, on or about August 3, 2020, Petitioner's attorney in his removal proceedings emailed a copy of a French consular identification card to the Department of Homeland Security with a sworn statement from Petitioner describing the circumstances under which he claims to have applied for and obtained this card. Trump. Decl. ¶¶ 16-18. On or about August 4, 2020, DHS submitted a copy of this card to the French consulate with a renewed request for travel documents. Trump. Decl. ¶ 19. Assuming this card is determined to be authentic by French authorities, DHS anticipates a travel document would be issued for

2

Petitioner. Trump. Decl. ¶ 19. DHS would then schedule his removal to France via a commercial carrier. Trump. Decl. ¶ 19.

Dated: August 5, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the Petitioner by mailing a true copy by U.S. mail in a prepaid envelope addressed as follows:

>Raymond Tiede
>A200397367
>Farmville Detention Center
>508 Waterworks Road
>Farmville, VA 23901

/s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov