UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAYMOND TIEDE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 3:19cv589 |
| ) | |
| JEFFREY CRAWFORD, et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**RESPONDENTS' RENEWED MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to the Court's September 4, 2019 Order (ECF No. 2), and September 17, 2020 Order[1] (ECF No. 14), Respondents, by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56(c), move this Court for an Order dismissing Petitioner Raymond Tiede's Petition for Writ of Habeas Corpus (ECF No. 1) or, in the alternative, entering summary judgment in favor of Respondents. In support of this motion, Respondents refer the Court to their Response to Petition for Writ of Habeas Corpus and Memorandum in Support of Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

WHEREFORE, Respondents, by counsel and pursuant to Rules 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure, respectfully request that the Court issue an order dismissing Petitioner's Petition for Writ of Habeas Corpus, or, in the alternative, entering summary judgment in favor of Respondents, and for such other relief as the Court deems just and proper.

---

[1] The Court's September 17, 2020 Order denied Respondents original Motions to Dismiss (ECF No. 3) or, in the alternative, for summary judgment (ECF No. 4), without prejudice to refile within 40 days from the date of the Order. Sept. 17, 2020 Order (ECF No. 14) at 4.

1

Dated: October 27, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　G. ZACHARY TERWILLIGER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　　　Jonathan T. Lucier
　　　　　　　　　　　　　　　　　　　VSB No. 81303
　　　　　　　　　　　　　　　　　　　Attorney for Respondents
　　　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　　　919 East Main Street, Suite 1900
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　Telephone: (804) 819-5400
　　　　　　　　　　　　　　　　　　　Fax: (804) 771-2316
　　　　　　　　　　　　　　　　　　　Email: jonathan.lucier@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on October 27, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the Petitioner, who is a non-ECF user, by depositing a true copy of the same in the U.S. mail in a prepaid envelope addressed as follow:

Raymond Tiede
A200397367
Farmville Detention Center
508 Waterworks Road
Farmville, VA 23901

/s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov