UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAYMOND TIEDE, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Civil No. 3:19cv589-REP |
| | ) |
| JEFFREY CRAWFORD, et al., | ) |
| | ) |
| Respondents. | ) |

# DECLARATION OF PAUL TRUMP, SUPERVISORY DETENTION AND DEPORTATION OFFICER

Pursuant to 28 U.S.C. § 1746, I, Paul Trump, hereby declare and state as follows:

1. I am employed as a Supervisory Detention and Deportation Officer (SDDO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) in the Washington, DC Field Office.

2. As a Supervisory Detention and Deportation Officer, I am charged with the responsibility of overseeing the cases of detained aliens in removal proceedings. These duties include the review of alien files for sufficiency, the detention and release of aliens in ICE custody, monitoring the progress of cases through the criminal system, if necessary, and the immigration hearing process, review and completion of post-order custody reviews ("POCRs"), and enforcement of the immigration court's decision, including the execution of removal orders.

3. The following declaration is based on a review of information contained in the alien file of Petitioner Raymond Tiede ("Petitioner"), A200 397 367, records and databases maintained by ICE, and other documents and physical evidence relevant to Petitioner; my own personal knowledge and observations during the course of my official duties; and information conveyed to

me by other law enforcement officials. I am therefore familiar with the facts and circumstances regarding Petitioner's immigration proceedings and custody status.

## I. DETENTION AND REMOVAL UPDATE

4. Petitioner remains in ICE custody at ICA Farmville.

5. On or about September 11, 2020, DHS contacted the Assistant Attaché for Removals (AAR) in Dakar, Senegal to request an update on prior request for assistance. DHS has not yet received a reply.

6. On or about September 17, 2020, the ICE Forensic Document Laboratory determined that a version of the consular identification card provided by the Petitioner appears to exist, but it was unable to verify the authenticity of the card.

7. On or about October 21, 2020, DHS contacted INTERPOL to inquire whether the Cote d'Ivoire had responded to its May 2020 inquiry regarding Petitioner's identity. DHS has not yet received a response from INTERPOL.

8. On or about August 13, August 20, and September 2, 2020, DHS contacted the French Consulate regarding the Petitioner's newly provided consular identification card.

9. On or about October 21, 2020, the French Consulate responded to DHS's inquiries. According to the consulate, the consular card the Petitioner submitted was obtained on the basis of a false birth certificate and the accompanying statement from Petitioner has no probative value in matters of French nationality. The French Consulate advised that the only remaining solution was for the Petitioner to apply for a Certificate of French Nationality.

10. On or about October 23, 2020, DHS informed the Petitioner and his immigration attorney of record of the French Consulate's finding and advisal. DHS requested that the Petitioner initiate the process of applying for a Certificate of French Nationality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: October 27, 2020

_____
Paul Trump, Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security