UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| RAYMOND TIEDE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:19cv589 |
| | ) | |
| JEFFREY CRAWFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ROSEBORO NOTICE TO PETITIONER**

Contemporaneously with the service of this Notice, Respondents, by counsel, have filed and served pleadings entitled Respondents' Renewed Motion to Dismiss the Petition for Writ of Habeas Corpus or, in the Alternative, for Summary Judgment under Rule 12(b)(6) and Rule 56(c) and Response and Memorandum in Support of Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. Pursuant to the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), and Local Rule 7(K) of the United States District Court for the Eastern District of Virginia, the Petitioner is notified and warned that:

1.      Under the above Local Rule, the Petitioner is notified that he is entitled to file a response opposing Respondents' motions. Under the Local Rule, any such response must be filed within twenty-one (21) days of the date on which Respondents' motions were filed.

2.      The Court possesses the authority to dismiss this action or enter judgment in favor of Respondents in this action on the basis of Respondents' motions if you do not file a response. If the Court dismisses this action or enters judgment for Respondents, the case will be concluded and the Court will have decided this case against the Petitioner.

1

3. In any response you file, you must identify all facts stated by Respondents with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that is signed under penalty of perjury) of your own and of any other witness and/or by submitting other responsive materials, as appropriate.

You are also entitled to file a legal brief in opposition to the one filed by Respondents. You are further reminded that no pleadings or other documents submitted by you will be filed by the clerk unless you also attach a certificate of service stating that you have served or will serve copies thereof upon undersigned counsel for Respondents. The certificate of service shall show the date and manner of service. *See* Rule 5 of the Federal Rules of Civil Procedure.

Dated: October 27, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/
Jonathan T. Lucier
VSB No. 81303
Attorney for Respondents
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

**CERTIFICATE OF SERVICE**

       I certify that on October 27, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the Petitioner, who is a non-ECF user, by depositing a true copy of the same in the U.S. mail in a prepaid envelope addressed as follow:

    Raymond Tiede
    A200397367
    Farmville Detention Center
    508 Waterworks Road
    Farmville, VA 23901

                                                   /s/
                                                 Jonathan T. Lucier
                                                 VSB No. 81303
                                                 Attorney for Respondents
                                                 Office of the United States Attorney
                                                 919 East Main Street, Suite 1900
                                                 Richmond, Virginia 23219
                                                 Telephone: (804) 819-5400
                                                 Fax: (804) 771-2316
                                                 Email: jonathan.lucier@usdoj.gov