# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND TIEDE,                          )
                                        )
                  Petitioner,           )
      v.                                )      Civil No. 3:19cv589-REP-EWH
                                        )
JEFFREY CRAWFORD, et al.,               )
                                        )
                  Respondents.          )
_____)

**DECLARATION OF PAUL F TRUMP**

Pursuant to 28 U.S.C. § 1746, I, Paul F Trump, hereby declare and state as follows:

1.      Paul F Trump, Supervisory Detention and Deportation Officer.

2.      The following declaration is based on a review of information contained in the alien file of Petitioner Raymond Tiede ("Petitioner"), A200 397 367, records and databases maintained by ICE, and other documents and physical evidence relevant to Petitioner; my own personal knowledge and observations during the course of my official duties; and information conveyed to me by other law enforcement officials. I am therefore familiar with the facts and circumstances regarding Petitioner's immigration proceedings and custody status.

3.      Petitioner was released from the custody of the United States Immigration and Customs Enforcement (ICE) on February 16, 2021 pursuant to an Order of Supervision.

4.      Attached as Exhibit 1 is a true and correct copy of Petitioner's Order of Supervision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: February 19, 2021, _____

1