# Exhibit B

# Exhibit 1
# to Declaration of P. Trump

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

Event Number: WAS1907000291                File No.: 200 397 367

Name: TIEDE, RAYMOND                         Date: February 12, 2021

On __April 29, 2019__, you were ordered:
(Date of Final Order)

- [ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- [x] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- [x] That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.
- [x] That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.
- [x] That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.
- [x] That you do not travel outside __MD, DC, VA__ for more than 72 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.
- [x] That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.
- [x] That you report in person on __February 23, 2021 @ 0900__ to this agency office at:
(Date/Time)

__31 Hopkins Plaza, 6th Floor, Baltimore, MD 21201__
(Reporting Address)

- [x] That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.
- [x] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

- [x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____                  TRUMP, PAUL 2131
(Signature of ICE Official)                 (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the __English__ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____                  _____
(Signature of ICE Official Serving Order)   (Signature of Alien)

_____
(Date)

ICE Form I-220B (10/20)                                                        Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | | | |
|---|---|---|---|
| TIEDE, RAYMOND | | | |
| File Number | | Date | |
| 200 397 367 | | February 12, 2021 | |

Alien's Signature

X Tiede.

Alien's Telephone Number (if any)

Alien's Address

Gwynn Oak       MARYLAND       21207

Picture

Right Index Print

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |

Signature

Title: Deportation Officer

ICE Form I-220B (10/20)

Page 2 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (ADDENDUM)

File No.: 200 397 367

Name: TIEDE, RAYMOND

Date: February 12, 2021

- [x] That you do not associate with know gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [x] That you do not commit any crimes while on this Order of Supervision.
- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [x] Any violation of the above conditions will result in revocation of your employment authorization document.
- [x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.
- [x] Other: Report as required under the Alternatives to Detention Program.

X _____/s/ Tiede_____
Alien's Signature

ICE Form I-220B (10/20)                                                                                                                   Page 3 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION (OUTPROCESSING CHECKLIST)

**All Aliens**

- ☐ Probation/Parole Officer Notified
- ☒ Obtain address where living and telephone number
- ☐ Enter into IDENT
- ☒ NCIC Check
- ☐ Travel Document Application

**Sex Offenders**

- ☐ Probation/Parole Officer Notified
- ☐ Registered as sex-offender as required by state statute within 7 days
- ☐ Victim/Witness Coordinator Notified
- ☐ Victim/Witness Notified
- ☐ Written Proof of Counseling

**Substance Abusers**

- ☐ Probation/Parole Officer Notified
- ☐ Written Proof of Counseling

| Completed By | | |
|---|---|---|
| ICE Official<br>CAITLIN MURPHY | *Caitlin R. Murphy* | Date<br>02/12/2021 |

| Concurrence By | | |
|---|---|---|
| Supervisory ICE Official<br>TRUMP, PAUL 2131 | *[signature]* | Date<br>02/12/2021 |

| U.S. Department of Homeland Security | | Continuation Page for Form I-220B |
|---|---|---|
| Alien's Name<br>TIEDE, RAYMOND | File Number<br>200 397 367<br>Event No: WAS1907000291 | Date<br>02/12/2021 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------
ICE Baltimore:
31 Hopkins Plaza
Baltimore, MD 21201

| Signature *Caitlin R. Murphy*<br>CAITLIN MURPHY | Title<br>Deportation Officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| | | | | ORDER TO | Transfer | ALIEN | | Manifest No. 954039 (page 1 of 1) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TO: WASHINGTON, DC | | | | | | NAME OF FACILITY: RICHMOND SUB-OFFICE HOLD | | | | |
| Please detain or release the following Transfer for Release from Richmond Office | | | | | | Nature of Proceedings    REMOVAL | | | | |
| NAME | | POUCH NO. | AGE | SEX | NATIONALITY | BIRTHDATE Month/Date/Year | ALIEN NUMBER | CLS CODE | PREVIOUS Criminal History | FINS NUMBER |
| TIEDE | RAYMOND | 10 | ■ | M | FRANC | ■ | A200397367 | ML | NC | 1098171403 |

FINGERPRINTS _____ .                                         AM   PHOTO _____ .

| Signature Detention Officer, Sheriff, etc. (Receiving Officer) | Date | Signature of Officer Directing Action | Date 2/16/2021 |
|---|---|---|---|
| | | Title SDDO | Station WAS |

Form 1-203 Phila.   DEPARTMENT OF HOMELAND SECURITY- US IMMIGRATION AND CUSTOMS ENFORCEMENT

**Form I-216**
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(Rev.04/26/11)

**RECORD OF PERSONS TRANSFERRED**

*Manifest No.* 4954039 (page 1 of 1)

*Transfer Date:* 02/16/21

FROM: ICA - FARMVILLE   VIA (1) _____   TO: RICHMOND SUB-OFFICE HOLD   MODE: Ground
Origin FO: WASHINGTON, DC   VIA (2) _____   Dest. FO: WASHINGTON, DC   Other: _____

| File No. | Name of Person LAST | FIRST | DOB | Nationality | Status (1) | Sex | Criminal History | Gang Membership | Class. Level | Fins # | Subject ID | Comments (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A200397367 | TIEDE | RAYMOND | ■ | FRANC | 10 | M | NC | N | ML | 1098171403 | 366201237 | |

I certify compliance with all ICE Detention and Transfer Standards and ICE Air Boarding Requirements for this ICE Air/Charter movement.

Name and Title: Paul F Trump - SDDO    Office: WAS    Contact Number(s): ■

(1) - Show whether transfer or removal. For transfers show whether NTA or Final Order (F/O)

(2) - Show medical conditions, high risk, flight risk, epileptic, insane, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to allow receiving officer to retain one copy of his personal expense voucher and two additional copies for station of final delivery.

Received the above listed persons
Signature: _____
Title: _____
Place and Date: _____